**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6579**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAYMOND HAMPTON PUTZE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-91-151, CA-96-3-3)

Submitted:  October 3, 1996          Decided:  October 10, 1996

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond Hampton Putze, Appellant Pro Se.  N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion filed pursuant to 28 U.S.C. § 2255 (1994), as amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. United States v. Putze, Nos. CR-91-151, CA-96-3-3 (E.D. Va. Mar. 28, 1996). We further note that Appellant's failure to challenge the alleged sentencing errors at his sentencing hearing waived the right to raise any such claims either on appeal or pursuant to this collateral attack. United States v. Grubb, 11 F.3d 426, 440 (4th Cir. 1993); see also United States v. Jackson, 974 F.2d 57, 60 (7th Cir. 1992), cert. denied, 508 U.S. 977 (1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2